RECEIVED

JAN - 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KE'VON TRAMAR LOSTON | CIVIL ACTION NO. 6:16-0964 |
| VERSUS | JUDGE DOHERTY |
| ST. MARY PARISH SHERIFF'S OFFICE, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss [rec. doc. 8] is **GRANTED** and accordingly, the St. Mary Parish Sheriff's Office is **DISMISSED WITH PREJUDICE** from this lawsuit.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 4 day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE